```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -                            07 Cr. 1028 (JGK)

JOSE MIRANDA,                          SPEEDY TRIAL ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **March 28, 2008** at **2:30 p.m.**

    Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **February 15, 2008,** until **March 28, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           February 15, 2008

                                          John G. Koeltl
                                   United States District Judge