```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -                07 Cr. 1028 (JGK)

JOSE MIRANDA,                  SPEEDY TRIAL ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **April 21, 2008 at 4:30 p.m.**

Because an adjournment is needed to assure the effective assistance of counsel, and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **March 28, 2008,** until **April 21, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          March 28, 2008

                                      John G. Koeltl
                                  United States District Judge